[No. 33350-0-I.    Division One.    March 31, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBORAH
LEE VINCENT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-05732-4, LeRoy McCullough, J., entered
September 13, 1993. *Dismissed* by unpublished per curiam
opinion.

[Nos. 34900-7-I; 34929-5-I;   Division One.   March 31, 1997.]
    35204-1.

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
RENARD HAYES, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ARNOLD
DEXTER WYRICK, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. BRENT
LAVON SIMMONS, *Appellant*.

Appeals from judgments of the Superior Court for King
County, Nos. 94-1-06823-3, 94-1-01860-1, 94-8-01976-9,
James D. McCutcheon, Jr., J., entered July 8, 1994.
*Affirmed* by unpublished per curiam opinion.

[No. 35290-3-I.    Division One.    March 31, 1997.]

CERRITOS INVESTMENT CORPORATION, *Respondent*, v.
RICHARD T. HARDENBROOK, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for King
County, No. 94-2-06805-9, Steven G. Scott, J., entered July
12 and August 31, 1994. *Reversed* by unpublished opinion
per Cox, J., concurred in by Coleman and Webster, JJ.

[No. 35362-4-I.    Division One.    March 31, 1997.]

ALAN ANDERSEN, *Appellant*, v. BARBARA RAZEY, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-26770-3, Liem E. Tuai, J., entered
October 5, 1994. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Coleman and Grosse, JJ.